**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| LAYNE FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 1:19-cv-03712-JMS-MJD |
| JENNIFER WALTHALL, in her official capacity as | ) | |
| the Secretary of the Family and Social Services | ) | |
| Administration, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY**

This matter is before the Court on the joint stipulation of Plaintiff Layne Franklin, by counsel, and Respondents the Indiana Family and Social Services Administration, the Division of Disability and Rehabilitative Services, the Bureau of Rehabilitation Services, Vocational Rehabilitation Services, and Jennifer Sullivan, née Walthall, Kylee Hope, and Theresa Koleszar, in their official capacities as agents of the State of Indiana, by counsel, to dismiss the case. The Court, having considered the parties' Joint Stipulation for Dismissal and being duly advised in the premises, now **GRANTS** dismissal.

IT IS THEREFORE ORDERED that the claims filed by Ms. Franklin against Respondents are hereby dismissed without prejudice [19].

Date: 2/11/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via e-mail